**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Yolanda Y Evans<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5879<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Northern District of Illinois | |
| Case number: | 22-14140 | |

## Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Yolanda Y Evans

March 21, 2023                                          **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                              United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 22-14140-JSB |
| Yolanda Y Evans | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 21, 2023 | Form ID: 318 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yolanda Y Evans, 3007 Stafford Drive, Markham, IL 60428-4617 |
| 30023373 | + | Capital One, 10 S LaSalle suite 2000, c/o Blatt, Hase, Chicago, IL 60603-1002 |
| 30023382 | | Celtic Bank/Contfinco, 4450 New Linden Hill Rd, Wilmington, DE 19808 |
| 30023417 | + | Jared Galleria, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 30023421 | + | Kay Jewelers, 1903 Southlake Mall, Merrillville, IN 46410-6434 |
| 30023418 | + | Syncb/Ashhom, 13354 Manchester Rd, Suite 101, Saint Louis, MO 63131-1738 |
| 30023396 | | WEBBANK/ONEMAIN/FIS, PO BOX 31535TA-74, TAMPA, FL 33631 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QARHOLTSCHLAG | Mar 22 2023 02:54:00 | Ariane Holtschlag, trustee, FactorLaw, 105 W. Madison, Suite 1500, Chicago, IL 60602-4602 |
| 30023428 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2023 23:09:15 | AMER FST FIN, P.O. Box 565848, Dallas, TX 75356-5848 |
| 30023416 | + | EDI: GMACFS.COM | Mar 22 2023 02:54:00 | Ally Financial, c/o: C T Corporation System, 208 So Lasalle St, Suite 814, Chicago, IL 60604-1101 |
| 30023401 | + | Email/Text: bk@avant.com | Mar 21 2023 23:00:00 | Avant Llc/Web Bank, 222 N. Lasalle, Suite 17, Chicago, IL 60601-1101 |
| 30023422 | + | EDI: CITICORP.COM | Mar 22 2023 02:54:00 | BLOOM/CBNA, PO BOX 8218, MASON, OH 45040-8218 |
| 30023376 | + | EDI: BANKAMER2.COM | Mar 22 2023 02:54:00 | Bank Of America, PO Box 982284, El Paso, TX 79998-2284 |
| 30023366 | + | EDI: CITICORP.COM | Mar 22 2023 02:54:00 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 30023374 | ^ | MEBN | Mar 21 2023 22:59:34 | CCBTODAYCARD/EDS, PO BOX 84032, COLUMBUS, GA 31908-4032 |
| 30023405 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Mar 21 2023 22:59:00 | Cortrust Bank Na, PO BOX 7030, MITCHELL, SD 57301 |
| 30023372 | + | EDI: CAPITALONE.COM | Mar 22 2023 02:54:00 | Cap1/Wmt, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 30023402 | + | EDI: CAPITALONE.COM | Mar 22 2023 02:54:00 | Capitalone, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 30023407 | + | EDI: PHINGENESIS | Mar 22 2023 02:54:00 | Cb Indigo/Gf, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 30023414 | + | EDI: WFNNB.COM | Mar 22 2023 02:54:00 | Cb/Bryhome, P.O. Box 182273, Columbus, OH 43218-2273 |
| 30023411 | + | EDI: WFNNB.COM | | |

Case 22-14140  Doc 24  Filed 03/23/23  Entered 03/23/23 23:12:09  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0752-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 21, 2023 | Form ID: 318 | Total Noticed: 71 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Mar 22 2023 02:54:00 | Cb/Carsons, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 30023412 | + | EDI: WFNNB.COM | | |
| | | | Mar 22 2023 02:54:00 | Cb/Jesslon, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 30023426 | + | EDI: WFNNB.COM | | |
| | | | Mar 22 2023 02:54:00 | Cb/Kingsize, P.O. Box 182273, Columbus, OH 43218-2273 |
| 30023381 | + | EDI: CITICORP.COM | | |
| | | | Mar 22 2023 02:54:00 | Citicards Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 30023385 | + | EDI: WFNNB.COM | | |
| | | | Mar 22 2023 02:54:00 | Comenity Bank/Ashstwrt, PO Box 182789, Columbus, OH 43218-2789 |
| 30023424 | + | EDI: WFNNB.COM | | |
| | | | Mar 22 2023 02:54:00 | Comenity Bank/Avenue, PO Box 659584, San Antonio, TX 78265-9584 |
| 30023427 | + | EDI: WFNNB.COM | | |
| | | | Mar 22 2023 02:54:00 | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 30023413 | + | EDI: WFNNB.COM | | |
| | | | Mar 22 2023 02:54:00 | Comenity Bank/Roamans, Po Box 659728, San Antonio, TX 78265-9728 |
| 30023425 | + | EDI: WFNNB.COM | | |
| | | | Mar 22 2023 02:54:00 | Comenity Bank/Roomplce, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 30023389 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Mar 21 2023 23:09:10 | Credit One Bank Na, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 30023400 | + | EDI: DISCOVER.COM | | |
| | | | Mar 22 2023 02:54:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 30023431 | + | Email/Text: bankruptcy.notices@hdfsi.com | | |
| | | | Mar 21 2023 23:00:00 | Esb/Harley Davidson Cr, PO BOX 21829, CARSON CITY, NV 89721-1829 |
| 30023406 | + | EDI: PHINGENESIS | | |
| | | | Mar 22 2023 02:54:00 | FEB DESTINY/GF, P O Box 4477, Beaverton, OR 97076-4401 |
| 30023390 | | Email/Text: BNSTAZ@capitalsvcs.com | | |
| | | | Mar 21 2023 22:59:00 | FIRST NATIONAL BANK/FI, PO BOX 5081, SIOUX FALLS, SD 57117 |
| 30023377 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Mar 21 2023 22:59:00 | Fnb Omaha, PO BOX 3412, OMAHA, NE 68197 |
| 30023423 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Mar 21 2023 22:59:00 | First Svg Cc, 500 East 60th St North, Sioux Falls, SD 57104 |
| 30023399 | | Email/Text: BNBLAZE@capitalsvcs.com | | |
| | | | Mar 21 2023 22:59:00 | Fsb Blaze, 500 E. 60th St, Sioux Falls, SD 57104 |
| 30023403 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Mar 22 2023 02:54:00 | First Premier Bank, PO Box 7999, c/o Stephen Dirksen, Saint Cloud, MN 56302-7999 |
| 30023391 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Mar 21 2023 22:59:00 | GOLDMAN SACHS AND CO, PO BOX 70321, PHILADELPHIA, PA 19176-0321 |
| 30023430 | | Email/Text: rev.bankruptcy@illinois.gov | | |
| | | | Mar 21 2023 23:00:00 | Idor-Bankruptcy Section, P.O. Box 19035, C/O Bankruptcy Unit, Springfield, IL 62794 |
| 30023429 | + | EDI: IRS.COM | | |
| | | | Mar 22 2023 02:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 30023408 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Mar 21 2023 22:59:00 | Kohls/Capone, N56 W17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 30023371 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 21 2023 23:09:09 | Merrick Bank Corp, PO Box 10368, c/o Susan Gaines, Greenville, SC 29603-0368 |
| 30023388 | + | EDI: CBS7AVE | | |
| | | | Mar 22 2023 02:54:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 30023364 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Mar 21 2023 23:00:00 | Nelnet Loans, 6420 Southpoint Pkwy, Jacksonville, FL 32216-0946 |
| 30023369 | + | Email/Text: bnc@nordstrom.com | | |
| | | | Mar 21 2023 22:59:27 | Nordstrom/Td Bank Usa, PO BOX 6565, ENGLEWOOD, CO 80155-6565 |

Case 22-14140   Doc 24   Filed 03/23/23   Entered 03/23/23 23:12:09   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0752-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 318 | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| 30023383 | + EDI: CITICORP.COM | Mar 22 2023 02:54:00 | Sears/Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 30023419 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Ccdstr, P.O. Box 960061, Orlando, FL 32896-0061 |
| 30023380 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Jcp, P.O. Box 965007, Orlando, FL 32896-5007 |
| 30023395 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 30023367 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Ntwk, P.O. Box 965036, Orlando, FL 32896-5036 |
| 30023393 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Payp, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 30023397 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 30023375 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Ppmc, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 30023379 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Sams Club, PO Box 981400, El Paso, TX 79998-1400 |
| 30023378 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Tjx Cos Dc, PO Box 965015, Orlando, FL 32896-5015 |
| 30023384 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 30023410 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Syncb/Walmart, Po Box 530927, Atlanta, GA 30353-0927 |
| 30024621 | + EDI: RMSC.COM | Mar 22 2023 02:54:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 30023398 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 21 2023 22:59:00 | Tbom/Atls/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 30023370 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 21 2023 22:59:00 | Tbom/Atls/Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 30023404 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 21 2023 22:59:00 | Tbom/Atls/Fortiva Mc, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 30023392 | + EDI: PHINGENESIS | Mar 22 2023 02:54:00 | Tbom/Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 30023415 | + EDI: PHINGENESIS | Mar 22 2023 02:54:00 | Tbom/Milstne, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 30023394 | + EDI: WTRRNBANK.COM | Mar 22 2023 02:54:00 | Td Bank Usa/Targetcred, PO Box 660170, Dallas, TX 75266-0170 |
| 30023386 | + EDI: CITICORP.COM | Mar 22 2023 02:54:00 | Thd/Cbna, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 30023365 | Email/Text: bknotice@upgrade.com | Mar 21 2023 22:59:00 | Upgrade Inc, 2 North Central Ave, 10th Flr 10th Floor, Phoenix, AZ 85004 |
| 30023387 | EDI: USBANKARS.COM | Mar 22 2023 02:54:00 | Us Bank, Po Box 5229, C/O Bankruptcy Department, Cincinnati, OH 45201 |
| 30023420 | EDI: USBANKARS.COM | Mar 22 2023 02:54:00 | Us Bank Hogan Loc, PO BOX 5227, CINCINNATI, OH 45201 |
| 30023409 | + EDI: BLUESTEM | Mar 22 2023 02:54:00 | Webbank/Gtn, 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347-4120 |
| 30023368 | + EDI: BLUESTEM | Mar 22 2023 02:54:00 | Webbnk/Fhut, Po Box 166, Newark, NJ |

07101-0166

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ariane Holtschlag, trustee | aholtschlag@wfactorlaw.com aholtschlag@ecf.axosfs.com;bkadmin@axosfs.com;ariane.holtschlag@gmail.com |
| Janna L Quarless | on behalf of Debtor 1 Yolanda Y Evans jquarless@semradlaw.com ilnb.courtview@SLFCourtview.com |
| Michael A Miller | on behalf of Debtor 1 Yolanda Y Evans mmiller@semradlaw.com ilnb.courtview@SLFCourtview.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 4